## MOSES JOHNSON *versus* RICHARD SMYTH

JOURNAL ENTRIES (1821): *Journal 3:* (1) rule for special bail or procedendo
*p. 198; (2) remand by procedendo ordered *p. 219.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias.
*1821 Calendar*, MS p. 23.